**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLINTLOCK CONSTRUCTION SERVICES, LLC,<br>Plaintiff,<br>-against-<br>TRAVELERS INDEMNITY COMPANY and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br>Defendants. | Case No. 24-cv-05114-JLR<br>**AMENDED COMPLAINT**<br>Plaintiff hereby demands trial by jury |

Plaintiff Flintlock Construction Services, LLC ("Flintlock"), by its attorneys, Hollander Law Group, PLLC, as and for its Amended Complaint, alleges as follows:

**AS AND FOR A FIRST CAUSE OF ACTION**

**Parties**

1. Flintlock was at all times relevant hereto and is a limited liability company duly organized and existing under the laws of the State of New York with a principal place of business located 585 North Barry Avenue, Mamaroneck, New York 10543.

2. Upon information and belief, defendant Travelers Indemnity Company ("TIC") was at all times relevant hereto an insurance company organized and existing under the laws of the State of Connecticut, with its principal place of business at 1 Tower Square, Hartford, Connecticut 06183 transacting business in the State of New York.

3. Upon information and belief, defendant Travelers Indemnity Company of Connecticut ("TICC") was at all times relevant hereto an insurance company organized and existing under the laws of the State of Connecticut with its principal place of business at 1 Tower Square, Hartford, Connecticut 06183 transacting business in the State of New York.

4. Upon information and belief, TIC and TICC are related entities such that they maintain a relationship as subsidiary companies.

**Factual Background**

5. On or about September 30, 2016, Flintlock, as construction manager, and 233 West 125th St. Danforth, LLC, as owner, entered into a written Construction Management Agreement concerning Flintlock's performance and furnishing of certain work, services, labor, equipment and materials in accordance with certain plans, drawings and specifications ("the CMA") in connection with the Victoria Theater Redevelopment located at 233 West 125th Street, New York, New York ("the Project").

6. In furtherance of the CMA, Flintlock, as construction manager, and HAE Air, Inc. ("HAE"), as subcontractor, entered into a written agreement pursuant to which HAE agreed to perform certain heating/ventilating/air conditioning and mechanical work at the Project in accordance with the aforesaid plans, drawings and specifications issued in connection with the Project ("the Subcontract") which were incorporated into the Subcontract.

7. Defendants issued policies of insurance on behalf of HAE in connection with the Project (Policy Nos. DT1N-C0-7N999310-TCT-20, CUP-7N999310-20 and CUP-8N790733-20-26) of which Flintlock was the Certificate Holder, a named insured, an additional named insured and/or an insured by virtue of its contractual relationship with HAE.

8. HAE failed to perform its work in accordance with the terms of the Subcontract, including, the plans, drawings and specifications issued in connection with the Project and/or in a good and workmanlike manner.

9. As a direct and proximate result of HAE's failure to perform its work in accordance with the Subcontract, water leaks emanated from deficiencies in HAE's work at the Project and/or

certain materials incorrectly installed by HAE causing damage to the Project at various locations located within the Project, including previously finished work.

10. Flintlock has received a written demand for indemnification and reimbursement from 233 West 125th Street Danforth, LLC in connection with the aforesaid damage and the cost of repairs to the Project property.

11. In addition, 233 West 125th Street Danforth has commenced mediation concerning payment of the costs it has allegedly incurred to address HAE's faulty work which is under the administration of the American Arbitration Association (Case No. 01-24-0005-8010).

**The Claim To Defendants**

12. Commencing in or about May 2023, Flintlock duly notified defendants of the deficiencies in HAE's work and the ensuing damages to the Project property and made for demand upon defendants for payment under the insurance policies issued on behalf of HAE for the damages incurred and to be incurred.

13. Despite several communications, to defendants and Flintlock's making the Project available for inspection to defendants and/or their representatives, defendants have failed and/or refused to either pay for the damages or to take any meaningful action to satisfy their obligations under the policies.

14. By reason of the foregoing, Flintlock has sustained and will sustain damages in an amount substantially in excess of $500,000.00 dollars, including, but not limited to damages to the Owner of the Project.

15. By reason of the foregoing, Flintlock demands judgment against defendants in an amount to be determined at trial, plus interest and attorney's fees for which defendants are jointly and severally liable.

**WHEREFORE**, Plaintiff Flintlock Construction Services, LLC demands judgment against defendants Travelers Indemnity Company and Travelers Indemnity Company of Connecticut, jointly and severally as follows:

(a) In an amount to be determined at trial;

(b) Interest thereon;

(c) Attorney's fees; and

(d) for such other and further relief as this Court may deem just, proper and equitable, including the costs and disbursements of this action.

Dated: Great Neck, New York
July 22, 2024

**HOLLANDER LAW GROUP, PLLC**
Attorneys for Plaintiff

By:____________________
Michael R. Strauss
40 Cutter Mill Road, Suite 203
Great Neck, New York 11021
(516) 498-1000

G:\1324-174\Travelers [HAE] Claim\FCS v. Travelers\Amended Complaint.docx