# HOLLANDER LAW GROUP, PLLC
### ATTORNEYS AT LAW
40 CUTTER MILL ROAD - SUITE 203
**GREAT NECK, NEW YORK 11021**
TELEPHONE (516) 498-1000
FACSIMILE (516) 498-2875

August 20, 2024

<u>Via ECF</u>

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

Re:   **Flintlock Construction Services, LLC.,
v. Travelers Indemnity Company et al.,
<u>Case No. 24-cv- 05114 (JLR)</u>**

> The requests are GRANTED. The initial pre-trial conference is adjourned from August 28, 2024 to September 4, 2024 at 10:30 a.m. The parties need not submit another joint letter and proposed case management plan.
>
> Dated: August 21, 2024
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON
> United States District Judge**

<u>**Letter-Motion Requesting Adjournment of Pre-Trial Conference**</u>

Your Honor:

We represent Plaintiff Flintlock Construction Services, LLC., ("Flintlock") in the above-referenced case. I am writing to request that: (a) the Initial Pretrial Conference scheduled for August 28, 2024, be adjourned to September 4, 10 or 19, 2024; and (b) the Court accept the parties' Joint Letter dated August 16, 2024 and the proposed Civil Case Management Plan and Scheduling Order which were filed today.

I am currently scheduled to attend a Certification Conference before the Hon. Kathy D. Bergmann, J.S.C. in Riverhead, New York on the morning of August 28, 2024, in the action titled "*Bessie Fain v. Larry B. Hollander et al.*" (Supreme Court of the State of New York, Suffolk County, Index No. 617661/2020). That matter, which was scheduled months ago, directly conflicts with the scheduling of the Initial Pretrial Conference in the instant action.

I have communicated with Lisa Szczepanski, Esq., the attorney for defendants, and she has no objection to this request.

It is further requested that the Court accept the parties' Joint Letter dated August 16, 2024 and the proposed Civil Case Management Plan and Scheduling Order which were filed today one day beyond the initial deadline established by the Court.

This is Flintlock's first request for an adjournment of the Initial Pretrial Conference.

# Hollander Law Group, PLLC
### ATTORNEYS AT LAW

Hon. Jennifer L. Rochon, U.S.D.J.
August 20, 2024
Page 2 of 2

Respectfully yours,

Michael R. Strauss

cc: All counsel of record via ECF