UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLINTLOCK CONSTRUCTION SERVICES,
LLC,

                              Plaintiff,

          -against-

TRAVELERS INDEMNITY COMPANY and
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,

                              Defendants.

Case No. 1:24-cv-05114 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the April 14, 2026 conference, Plaintiff Flintlock

Construction Services, LLC, shall produce all additional documents to Defendants Travelers

Indemnity Company and Travelers Indemnity Company of Connecticut by **April 22, 2026**.  The

parties shall make their pretrial submissions by **May 5, 2026**.  The final pretrial conference in

this matter remains set for **June 1, 2026**, and trial will commence as scheduled on **June 9, 2026.**

Dated: April 14, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge