**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLINTLOCK CONSTRUCTION SERVICES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TRAVELERS INDEMNITY COMPANY and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>Defendants. | Case No. 24-cv-05114-JLR<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties who have appeared in this action, that this action and each and every claim therein is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs of this litigation or attorneys' fees assessed for or against any party.

Dated: June 17, 2026

MUCHMORE & HOLLANDER LLP

By: Larry B. Hollander
*Attorneys for Flintlock Construction Services, LLC*
84 Withers St., 4th Fl.
Brooklyn, NY 11211
(516) 498-1000
lhollander@hollanderlawpllc.com

USERY & ASSOCIATES

By: Lisa Szczepanski
*Attorneys for Travelers Indemnity Company and Travelers Indemnity Company of Connecticut*
Mailing Address:
P.O. Box 2996
Hartford, CT 06104
T. (917) 778-6680
F. (844) 571-3789
E. lszczepa@travelers.com