UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLINTLOCK CONSTRUCTION SERVICES,
LLC,

Plaintiff,

-against-

TRAVELERS INDEMNITY COMPANY and
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,

Defendant.

Case No. 1:24-cv-05114 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that the parties have settled all claims in this matter, and, on

June 17, 2026, the parties filed a stipulation of voluntary dismissal.  *See* Dkt. 81.  Accordingly,

the conference scheduled for June 18, 2026, *see* Dkt. 80, is canceled, and the Clerk of Court is

respectfully directed to CLOSE this case.

Dated:  June 17, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge